UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : NO. 1:19-CR-276

v. : (JUDGE Rambo )

ADRIAN M. MOYE, : (ELECTRONICALLY FILED)

Defendant. :

INDICTMENT

FILED
HARRISBURG, PA
OCT 02 2019
Per _____
Deputy Clerk

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about July 20, 2019, and August 20, 2019, in York County, within the Middle District of Pennsylvania, the defendant,

ADRIAN M. MOYE,

knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce, ammunition, that being Winchester 9mm ammunition, said ammunition having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO

On or about August 20, 2019, in York County, within the Middle District of Pennsylvania, the defendant,

ADRIAN M. MOYE,

knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that being a SCCY CPX-2 9mm, serial number 709086, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).



A TRUE BILL

███████████████████████
FOREPERSON, GRAND JURY

10-2-2019
DATE

DAVID J. FREED
UNITED STATES ATTORNEY

*James T. Clancy* (signature)
JAMES T. CLANCY
ASSISTANT U.S. ATTORNEY

2