Jan. 11th, 2021

To The Honorable Judge Sylvia Rambo,

FILED
HARRISBURG, PA
JAN 15 2021
PER H.
/s/ DEPUTY CLERK

(NO. 1:19-CR-276)

I am writing in regards to my current pre-trial detention & the lack of help I've recieved trying to get a bail hearing. My last Attorney Michael Walker who withdrew himself from my case back in July 2020 failed to motion the court for a bail hearing in my case which I have a copy of the letter to him requesting him to do so & why, plus there was the fact of me never having one prior to the request. I want to also advise you your honor that after Attorney Walkers withdraw he hadn't sent new counsel the discovery for case, instead he sent it to me just recently after he was contacted a few weeks ago by a family member of mines that I wanted documents from a hearing which he never sent me. Mr. Walker sent discovery via-mail among other things which I couldn't recieve so the jail is holding in my property until new counsel comes to pick it up. He also enclosed a letter stating that "He was waiting for Attorney DeStefano to get back in contact with him but he never did." He also advised me to be sure not to lose or misplace any of the things he sent because he had no other copies & those were the originals.

After Walkers withdrawal & you appointing new counsel because of my status as indigent, I wrote to Attorney DeStefano back in Nov. 2020 requesting a bail hearing which again I recieved no acknowledgment of letter or request. In fact I've still have not yet to meet Mr. DeStefano since his appointment to the case.

Prior to my Oct 8th, 2019 arraignment hearing for the instant case I was never notified or given a document stating I had court that day, nor had I spoke to any lawyer about the hearing or what was gonna happen. The result of this unnotified hearing took me as well as Attorney Holt who was appointed that day, by surprise! All this unfortunately led to my bail being denied that same day since counsel was not prepared to argue. I write to you your Honor as a 'last' resort since I feel like I've done all I can thus far. I've been detained without bail or a proper bail hearing for the last 15 months, on non-violent charges with a non-violant background. I've been really blessed to not contract the COVID-19 virus here at the DCP even after the close incounters I've had with ones who did & the constant up & down spread, an with my medical issues I'm lucky. Even still I have to battle with the non-stop secound hand smoke I recieve everyday.

My bail hearing & possible release on bail stipulations would not only benefit my case so I could better communicate with counsel to prepare or seek paid counsel once my finances are in order but it would also be better for my physical & mental health as well. I am not a flight risk with the lack of foreign contacts or ties & my financial issues. I've also never been on bail before. Prior to these charges I was not on any type of parole or probation nor do I have any pending detainers. Thank you for your time your honor I don't know what else to do.

s/ Adrian Lloyd

NAME Adrian Blade
D.C.P.# 091550
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171
12 JAN 2021 PM 7 L

Judge Sylvia Rambo
235 N. 3rd Street
Harrisburg, Pa, 17101

17101-162035