### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. 1:19-CR-276 |
| | : |
| v. | : (RAMBO, SJ.) |
| | : |
| ADRIAN MOYE | : (ELECTRONICALLY FILED) |

## ORDER OF COURT

**AND NOW** this 20th day of May, 2021, upon the request of the Defendant's Unopposed Motion to Continue Trial, and noting the concurrence for the United States, said Motion is **GRANTED**.

In continuing trial in this matter, the Court specifically finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A). Pretrial motions deadline extended to July 22, 2021.

Accordingly, it is hereby **ORDERED** that:

1. Trial scheduled for June 7, 2021 at 9:30 a.m. is continued to August 16, 2021, at 9:30 a.m., in Courtroom # TBD, United States Courthouse and Federal Building, Harrisburg, Pennsylvania.

2. The period of time from the signing of this Order to the rescheduled date of the trial shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h).

                              **BY THE COURT,**

                              <u>S/Sylvia H. Rambo</u>, Judge
                              United States District Court