FILED
HARRISBURG, PA

NOV 30 2021

PER _____
DEPUTY CLERK

Case # No. 1:19-CR-276

Judge Rambo,                                Nov. 21st, 2021

My name is Adrian Moye and today is Sunday November 21st. I am writing in regards to the above captioned case. As of today its been 9 months since I've actually physically seen my lawyer and approx 5 months since I've had any communication with him at all. Since the last letter that I wrote the courts I've reached out to him several times and still havnt heard back from him. This is simply a follow up letter saying I still havnt heard from him. I would also like to request a status hearing to address these issues in front of you your honor. Thank you for your time....

Respectfully

Adrian Moye

NAME Adrian Moye
D.C.P.# 096000
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171
23 NOV 2021 PM 1 L

RECEIVED
HARRISBURG, PA
NOV 30 2021
PER_____
DEPUTY CLERK

Honorable Judge Rambo
228 Walnut Street
HBG Pa 17101

17101-171499