IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Crim. No. 1:19-CR-276 |
| v. | : |
| **ADRIAN M. MOYE** | : |
| | : Judge Sylvia H. Rambo |

**O R D E R**

**AND NOW**, this 6th day of March, 2024, upon consideration of Defendant's motion to suppress physical evidence and statements and request for a *Franks* hearing (Docs. 69, 97), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that

1. Defendant's motion to suppress physical evidence is **DENIED**;

2. Defendant' request for a *Franks* hearing is **DENIED**; and

3. Defendant's motion to suppress his August 22, 2019, statement is **GRANTED**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge